# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | EDTN No. 1:26-mj-23 |
| v. ) | |
| ) | Charging Dist. No. 5:25-cr-72 |
| JAMES ALVIN HUDSON ) | Western District of Oklahoma |

## MEMORANDUM AND ORDER

James Alvin Hudson ("Defendant") came before the Court on January 30, 2026, in accordance with Rules 5 and 40 of the Federal Rules of Criminal Procedure, for an initial appearance on an arrest warrant and a Petition for Warrant for Summons for Offender Under Pretrial Supervision out of the United States District Court, Western District of Oklahoma (the "Petition"). Those present for the hearing included:

(1) AUSA Russ Swafford for the USA
(2) The Defendant, James Alvin Hudson
(3) Attorney Damon Burk with Federal Defender Services of Eastern Tennessee, as appointed counsel for defendant.

After being sworn in due form of law, Defendant was informed or reminded of his privilege against self-incrimination under the 5th Amendment and his right to counsel under the 6th Amendment to the United States Constitution. The Court determined that Defendant wished to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at Government expense. Consequently, the Court **APPOINTED** Damon Burk of Federal Defender Services of Eastern Tennessee, Inc., to represent Defendant with respect to further proceedings in this case in the Eastern District of Tennessee.

Defendant was furnished with a copy of the arrest warrant and the Petition and had the opportunity of reviewing those documents with his attorney. The Court determined Defendant was capable of being able to read and understand the documents. At the Court's request, AUSA Swafford explained to Defendant the offenses detailed in the Petition. Defendant acknowledged that he understood the offenses with which he is charged in the Petition.

The Court explained to Defendant that he had a right to transfer all hearings to which he is entitled to the United States District Court for the Western District of Oklahoma. Defendant elected to waive an identity hearing and any preliminary and/or detention hearing to which he is entitled in

1

this Court, and to request transfer of those proceedings to the United States District Court for the Western District of Oklahoma. The Court confirmed that Defendant would be entitled to such proceedings in the charging district at a date and time set by that Court.

The Court therefore **ORDERS** that:

1. Defendant be **DETAINED WITHOUT BOND** pending further proceedings in the United States District Court for the Western District of Oklahoma.

2. The U.S. Marshal shall transport Defendant to the United States District Court for the Western District of Oklahoma.

3. The Clerk of Court for the Eastern District of Tennessee shall promptly transmit all documents relating to this case to the Clerk of Court for the United States District Court for the Western District of Oklahoma.

4. The Clerk of Court for the United States District Court for Western District of Oklahoma shall immediately notify the United States Attorney for such district of Defendant's arrival so that further proceedings may be promptly scheduled.

**SO ORDERED.**

s/
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE

2